| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)*               Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CAH Acquisition Company 16, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Haskell County Community Hospital** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2472420** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **401 NW H Street** <br> **Stigler, OK 74462-1625** <br> Number, Street, City, State & ZIP Code | **PO Box 955745** <br> **Saint Louis, MO 63195** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Haskell** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   http://www.haskellhospital.com/

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **CAH Acquisition Company 16, LLC**                            Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6221__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **Western District of Missouri** | **10/10/11** | **11-4750** |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | Relationship |
|---|---|---|
| | **CAH Acquisition Company Company #1, LLC d/b/a Washington County Hosp** | **Affiliate** |

| | District | When | Case number, if known |
|---|---|---|---|
| | **Eastern District of North Carolina** | **2/19/19** | **19-00730-5-JNC** |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor  **CAH Acquisition Company 16, LLC**  Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>■ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  __CAH Acquisition Company 16, LLC__
          Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __March 17, 2019__
             MM / DD / YYYY

**X** __/s/ Jorge Perez__
Signature of authorized representative of debtor

__Jorge Perez__
Printed name

Title  __Board Chairman__

**18. Signature of attorney**

**X** __/s/ Rayford K. Adams III__
Signature of attorney for debtor

Date  __March 17, 2019__
      MM / DD / YYYY

__Rayford K. Adams III__
Printed name

__Spilman Thomas & Battle, PLLC__
Firm name

__110 Oakwood Drive
Suite 500
Winston Salem, NC 27103__
Number, Street, City, State & ZIP Code

Contact phone  __336-725-4710__    Email address  __tadams@spilmanlaw.com__

__NC__
Bar number and State

Fill in this information to identify the case:

Debtor name: **CAH Acquisition Company 16, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas Mid South, Inc.<br>PO Box 676015<br>Dallas, TX 75267 | | Open Account | | | | $9,747.24 |
| Alere North America, Inc.<br>PO Box 846153<br>Boston, MA 02284 | | Open Account | | | | $3,768.60 |
| Arnett Carbis Toothman, LLP<br>101 Washington Street East<br>Charleston, WV 25301 | | Open Account | | | | $25,000.00 |
| AT&T<br>PO Box 5001<br>Carol Stream, IL 60197 | | Open Account | | | | $7,058.21 |
| Beckman Coulter, Inc.<br>PO Box 41601<br>Phildelphia, PA 19101 | | Open Account | | | | $8,947.31 |
| Cardinal Health 411, Inc.<br>PO Box 847384<br>Dallas, TX 75284 | | Open Account | | | | $4,726.27 |
| Farnam Street Financial Inc.<br>240 Pondview Plaza /<br>5854 Opus Parkway<br>Hopkins, MN 55343 | | Open Account | | | | $3,781.19 |
| First Financial Corp<br>Po Box 87618 / Dept 2067<br>Chicago, IL 60680 | | Open Account | | | | $4,250.84 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **CAH Acquisition Company 16, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gemino Healthcare Finance**<br>1 International Plaza<br>Suite 220<br>Philadelphia, PA 19113 | | | | $4,600,000.00 | $0.00 | $4,600,000.00 |
| **iHealthcare, Inc.**<br>3901 NW 28th Street<br>, 2nd Floor<br>Miami, FL 33142 | | Open Account | | | | $472,625.00 |
| **Keith Plummer**<br>10150 Bullett Prairie Road<br>Tishomingo, OK 73460 | | Open Account | | | | $4,745.38 |
| **M&T Bank** | | | | $5,000.00 | $0.00 | $5,000.00 |
| **McKesson Corporation**<br>1950 Stemmons HWY, #5010<br>Dallas, TX 75207 | | Open Account | | | | $5,784.97 |
| **Missouri Network Alliance, LLC**<br>2005 West Broadway, Building A<br>Suite 215<br>Columbia, MO 65203 | | Open Account | | | | $78,800.01 |
| **Quality Systems, Inc.**<br>PO Box 511449<br>Los Angeles, CA 90051 | | Open Account | | | | $177,945.37 |
| **Reboot Inc.**<br>PO Box 80019, #86038<br>Indianapolis, IN 46280 | | Open Account | | | | $86,088.00 |
| **Rural Community Hospitals of Americ**<br>Attn: Steven F. White<br>700 Chappell Road<br>Charleston, WV 25304 | | Open Account | | | | $263,732.06 |
| **Shared Medical Services, Inc.**<br>PO Box 330<br>Cottage Grove, WI 53527 | | Open Account | | | | $54,600.00 |

Debtor  **CAH Acquisition Company 16, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Siemens Healthcare Diagnostics<br>PO Box 121102<br>Dallas, TX 75312** | | **Open Account** | | | | $4,171.10 |
| **Sysmex America, Inc.<br>39923 Treasury Center<br>Chicago, IL 60694** | | **Open Account** | | | | $8,779.10 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **CAH Acquisition Company 16, LLC**                             Case No.
                                Debtor(s)                                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Board Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 17, 2019**                   **/s/ Jorge Perez**
                                             **Jorge Perez**/**Board Chairman**
                                             Signer/Title

Abbott Diabetes Care, Inc.
PO Box 92679
Chicago, IL 60675

Briggs Corporation
7300 Westown Parkway
West Des Moines, IA 50266

Fedex
PO Box 660481
Dallas, TX 75266

Airgas Mid South, Inc.
PO Box 676015
Dallas, TX 75267

Cardinal Health 411, Inc.
PO Box 847384
Dallas, TX 75284

First Financial Corp
Po Box 87618 / Dept 2067
Chicago, IL 60680

Alere North America, Inc.
PO Box 846153
Boston, MA 02284

Chemical Systems, Inc.
4520 Kelly Hwy
Fort Smith, AR 72904

Gemino Healthcare Finance
1 International Plaza
Suite 220
Philadelphia, PA 19113

Anthony Technology, LLC
1216 Kenosha Street, #266
Broken Arrow, OK 74012

Commercial Medical Electronics
PO Box 4567
Tulsa, OK 74159

Glaxosmithklin
5 Crescent Drive
Philadelphia, PA 19112

Arnett Carbis Toothman, LLP
101 Washington Street East
Charleston, WV 25301

CR Bard, Inc.
PO Box 75767
Charlotte, NC 28275

Heartland Pathology Consultant
2509 Frenck Park Drive, Suite D
Edmond, OK 73034

AT&T
PO Box 5001
Carol Stream, IL 60197

Diamedical USA Equipment, LLC
7013 Orchard Lake Road, Suite 110
West Bloomfield, MI 48322

Helmer
14395 Bergen Blvd.
Noblesville, IN 46060

Beckman Coulter, Inc.
PO Box 41601
Phildelphia, PA 19101

Empower HMS
1700 Swift Avenue
Suite 200
Kansas City, MO 64116

Hospira Worldwide, Inc.
75 Remittance Drive, Suite 6136
Chicago, IL 60675

Bemac Supply - McAlester
PO Box 70
836 E. Carl Albert Pkwy
McAlester, OK 74501

EPower Doc, Inc.
PO Box 241642
Omaha, NE 68124

iHealthcare, Inc.
3901 NW 28th Street , 2nd Floor
Miami, FL 33142

BH Media Group
315 S. Boulder Ave.
Tulsa, OK 74103

Farnam Street Financial Inc.
240 Pondview Plaza /
5854 Opus Parkway
Hopkins, MN 55343

Keith & Associates, Inc.
115 W. Third Street, Suite 800
Tulsa, OK 74103

| | | |
|---|---|---|
| Keith Plummer<br>10150 Bullett Prairie Road<br>Tishomingo, OK 73460 | Medassure<br>920 E. County Line Road, Suite 103<br>Lakewood, NJ 08701 | Passport Health Communications, In<br>PO Box 886133<br>Los Angeles, CA 90088 |
| Laboratory Supply Company<br>1951 Bishop Lane, Suite 300<br>Louisville, KY 40218 | Medical Imaging Solutions Int<br>PO Box 60479<br>Charlotte, NC 28260 | Patterson Medical<br>PO Box 93040<br>Chicago, IL 60673 |
| Locke Supply Co.<br>Po Box 24980<br>Oklahoma City, OK 73124 | Medline<br>Dept 1080; PO Box 121080<br>Dallas, TX 75312 | Pied Peper Services of NA, LLC<br>PO Box 1300<br>Eufaula, OK 74432 |
| M&T Bank | Miller Office Equipment<br>900 E. Wyandotte Ave.<br>McAlester, OK 74501 | Pointer Communicatins<br>15522 E. 80th Street N.<br>Owasso, OK 74055 |
| MASSCO<br>551 E. 77th Street N.<br>Park City, KS 67147 | Missouri Network Alliance, LLC<br>2005 West Broadway, Building A<br>Suite 215<br>Columbia, MO 65203 | Quality Systems, Inc.<br>PO Box 511449<br>Los Angeles, CA 90051 |
| Mastercraft Boiler<br>Po Box 1658<br>Van Buren, AR 72957 | Novitas Solutions, Inc.<br>PO Box 3105<br>Mechanicsburg, PA 17055 | Reboot Inc.<br>PO Box 80019, #86038<br>Indianapolis, IN 46280 |
| Matheson Tri-Gas<br>PO Box 123028<br>Dallas, TX 75312 | Office Depot, Inc.<br>PO Box 630813<br>Cincinnati, OH 45263 | Respironics, Inc.<br>PO Box 405740<br>Atlanta, GA 30384 |
| McKesson Corporation<br>1950 Stemmons HWY, #5010<br>Dallas, TX 75207 | Oklahoma Natural Gas Co.<br>PO Box 219296<br>Kansas City, MO 64121 | Rural Community Hospitals of Ame<br>Attn: Steven F. White<br>700 Chappell Road<br>Charleston, WV 25304 |
| McKesson Medical Surgical<br>PO Box 634404<br>Cincinnati, OH 45263 | Ortho-Clinical Diagnostics Inc.<br>PO Box 3655<br>Carol Stream, IL 60132 | Shamrock Scientific<br>34 Davis Drive<br>PO Box 143<br>Bellwood, IL 60104 |

Shared Medical Services, Inc.
PO Box 330
Cottage Grove, WI 53527


Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312


SMC Direct, LLC
PO Box 81238
Pittsburgh, PA 15217


SourceOne Healthcare Tech
4444 Viewridge Ave., Suite A
San Diego, CA 92123


Stigler Municipal Imp Auth
115 South Broadway
Stigler, OK 74462


Stigler News Sentinel
PO Box 549
Stigler, OK 74462


Sysmex America, Inc.
39923 Treasury Center
Chicago, IL 60694


Threattrack Security
33 N. Garden Ave., Suite 1200
Clearwater, FL 33755


United Linen & Uniform
PO Box 458
Bartlesville, OK 74005

# United States Bankruptcy Court
### Eastern District of North Carolina

In re: __CAH Acquisition Company 16, LLC__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __CAH Acquisition Company 16, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

__Health Acquisition Company, LLC__

__HMC CAH Consolidated, Inc.__

☐ None [*Check if applicable*]

__March 17, 2019__
Date

__/s/ Rayford K. Adams III__
__Rayford K. Adams III__
Signature of Attorney or Litigant
Counsel for __CAH Acquisition Company 16, LLC__
__Spilman Thomas & Battle, PLLC__
__110 Oakwood Drive__
__Suite 500__
__Winston Salem, NC 27103__
__336-725-4710 Fax:336-725-4476__
__tadams@spilmanlaw.com__