**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In Re:<br><br>CAH ACQUISITION COMPANY 16, LLC,<br>d/b/a Haskell County Community Hospital,<br><br>Debtor. | Case No. 19-01227-5<br><br>Chapter 11 |

## DEBTOR'S EMERGENCY MOTION FOR AND CONSENT TO APPOINTMENT OF CHAPTER 11 TRUSTEE

The Debtor, by and through its proposed counsel of record, requests that the Court appoint Thomas W. Waldrep, Jr. as the Chapter 11 trustee in this case, pursuant to the provisions of 11 U.S.C. § 1104(a)(2). In support of this motion, the Debtor states as follows:

1. The Debtor filed its voluntary Chapter 11 petition on March 17, 2019.

2. The Debtor owns and operates a critical access hospital in Stigler, Oklahoma.

3. Pending in this Court is the involuntary Chapter 7 bankruptcy case of the Debtor's related and affiliated entity, CAH Acquisition Company # 1, LLC, d/b/a Washington County Hospital (case no. 19-00730-5-JNC), filed on February 19, 2019 and the voluntary Chapter 11 case of CAH Acquisition Company #3, LLC, d/b/a Horton Community Hospital (case no. 19-01180-5-JNC), filed on March 14, 2019. Mr. Waldrep has been appoint as the trustee in both cases and continues to serve in that capacity.

4. The Debtor is one of twelve (12) hospitals (including Washington County Hospital) (collectively, the "CAH Hospitals") with common ownership and integrated management through a related entity, iHealthcare, Inc. Each of the CAH Hospitals is owned by Health Acquisition Company, LLC (80% interest) and HMC/CAH Consolidated, Inc. (20%

interest). Mr. Waldrep, as interim trustee in the Washington County Hospital case, continues to utilize iHealthcare, Inc. in the management of the hospital.

5. Several of the CAH Hospitals are currently the subject of state court receiverships in other states in which receivers have been appointed at the request of creditors or other parties in interest. As a result of the appointment of the receivers, significant amounts of cash and anticipated revenues for the CAH Hospitals are unavailable to fund the ongoing operations of the CAH Hospitals.

6. In light of the deteriorating financial and operational status of the Debtor (and the other CAH Hospitals), the Debtor has determined that it is the best interests of the Debtor, its creditors, and other parties in interest (including patients) for Mr. Waldrep to also be appointed as the Chapter 11 trustee in the Debtor's case, subject to the Court's approval. Therefore, the Debtor requests and consents to the immediate appointment of Thomas W. Waldrep, Jr. as Chapter 11 trustee in this case, pursuant to § 1104(a)(2) of the Bankruptcy Code.

7. Counsel for the Debtor has conferred with Mr. Waldrep about his appointment as the trustee in this case, and Mr. Waldrep has agreed to such appointment.

WHEREFORE, the Debtor consents to and requests that the Court appoint Thomas W. Waldrep, Jr. as the Chapter 11 trustee in this case on an emergency, *ex parte* basis pending notice and hearing to the extent required by the Court pursuant to § 1104(a) of the Bankruptcy Code.

Dated:  March _17, 2019 			*/s/ Rayford K. Adams III*
			Rayford K. Adams III (NC Bar No. 8622)
			SPILMAN THOMAS & BATTLE, PLLC
			110 Oakwood Drive, Suite 500
			Winston-Salem, North Carolina 27103
			Telephone: (336) 725-4710
			Facsimile: (336)725-4476
			Email:  tadams@spilmanlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In Re:<br><br>CAH ACQUISITION COMPANY # 4, LLC,<br>d/b/a Haskell County Community Hospital,<br><br>Debtor. | Case No. 19-01227-5<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing **DEBTOR'S EMERGENCY MOTION FOR AND CONSENT TO APPOINTMENT OF CHAPTER 11 TRUSTEE** was filed electronically in accordance with the local rules and was served upon those listed in **Exhibit A** on the date set forth by first class mail or by electronic service through CM/ECF.

Dated: March 17, 2019         */s/ Rayford K. Adams III*
                                        Rayford K. Adams III (NC Bar No. 8622)
                                        SPILMAN THOMAS & BATTLE, PLLC
                                        110 Oakwood Drive, Suite 500
                                        Winston-Salem, North Carolina 27103
                                        Telephone: (336) 725-4710
                                        Facsimile: (336)725-4476
                                        Email:  tadams@spilmanlaw.com

# EXHIBIT A

| VIA CM/ECF / E-MAIL | | |
|---|---|---|
| Marjorie K. Lynch<br>434 Fayetteville St.<br>Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* | Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Counsel for Petitioning Creditors* | Katherine M. McCraw<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>*Counsel for NC DHHS/DHB* |
| Thomas W. Waldrep, Jr.<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>*Trustee* | | |
| **VIA U.S. MAIL** | | |
| CAH Acquisition Company 16, LLC<br>c/o Corporation Service Company,<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Airgas Mid South, Inc.<br>PO Box 676015<br>Dallas, TX 75267 | Alere North America, Inc.<br>PO Box 846153<br>Boston, MA 02284 |
| Arnett Carbis Toothman, LLP<br>101 Washington Street East<br>Charleston, WV 25301 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197 | Beckman Coulter, Inc.<br>PO Box 41601<br>Philadelphia, PA 19101 |
| Cardinal Health 411, Inc.<br>PO Box 847384<br>Dallas, TX 75284 | Farnam Street Financial, Inc.<br>240 Pondview Plaza<br>5854 Opus Parkway<br>Hopkins, MN 55343 | First Financial Corp.<br>PO Box 87618<br>Dept 2067<br>Chicago, IL 60680 |
| Gemino Healthcare Finance<br>1 International Plaza<br>Suite 220<br>Philadelphia, PA 19113 | iHealthcare, Inc.<br>3901 NW 28th Street - 2nd Floor<br>Miami, FL 33142 | Keith Plummer<br>10150 Bullett Prairie Road<br>Tishomingo, OK 73460 |
| McKesson Corporation<br>1950 Stemmons Hwy #5010<br>Dallas, TX 75207 | M&T Bank | Missouri Network Alliance, LLC<br>2005 West Broadway<br>Building A - Suite 215<br>Columbia, MO 65203 |

| | | |
|---|---|---|
| Quality Systems, Inc.<br>PO Box 511449<br>Los Angeles, CA 90051 | Reboot Inc.<br>PO Box 80019<br>#86038<br>Indianapolis, IN 46280 | Rural Community Hospitals<br>of America<br>Attn: Steven F. White<br>700 Chappell Road<br>Charleston, WV 25304 |
| Shred Medical Services, Inc.<br>PO Box 330<br>Cottage Grove, WI 53527 | Siemens Healthcare Diagnostics<br>PO Box 121102<br>Dallas, TX 75312 | Sysmex America, Inc.<br>39923 Treasury Center<br>Chicago, IL 60694 |