**Fill in this information to identify the case:**

Debtor name: **CAH Acquisition Company 16, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known): **19-01227-5**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................ $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................... $ 2,417,232.20

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................... $ 2,417,232.20

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 3,769,938.28

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 962,936.12

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 1,584,298.99

4. **Total liabilities** .............................................................................................................................. $ 6,317,173.39
   Lines 2 + 3a + 3b