# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| **CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL,** | Case No. 19-01227-5-JNC<br><br>Chapter 11 |
| **CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL,** | Case No. 19-01697-5-JNC<br><br>Chapter 11 |
| **CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL,**<br><br>**Debtors.** | Case No. 19-01298-5-JNC<br><br>Chapter 11 |

## NOTICE OF PATIENT CARE OMBUDSMAN'S SECOND REPORT

**PLEASE TAKE NOTICE** that on April 17, 2019, April 26, 2019, and subsequently on July 1, 2019, Suzanne Koenig was appointed as the Patient Care Ombudsman in the above-captioned Chapter 11 cases by the Bankruptcy Administrator, pursuant to an Order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**PLEASE TAKE FURTHER NOTICE** that the Patient Care Ombudsman will be filing her second written report (the "**Report**") with the Court on August 16, 2019 no later than 11:59 pm (Eastern Time).

Per the Appointment Order, if you would like a copy of the Report, it will be posted at each facility, will be available on the court's website or you may contact the following person (who will provide a copy free of charge):

Carla Greenberg, Paralegal
GREENBERG TAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Telephone:  312.456.8400
Facsimile: 312.456.8435
Email: greenbergc@gtlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL,** | **Case No. 19-01227-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL,** | **Case No. 19-01697-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL,**<br><br>**Debtors.** | **Case No. 19-01298-5-JNC**<br><br>**Chapter 11** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, a true and correct copy of the <u>Notice of Patient Care Ombudsman's Second Report</u> were sent via this Courts ECF notification system to all parties who are registered to receive ECF notification in these cases and via United States, postage paid, first class mail to the following:

| | |
|---|---|
| Marjorie K. Lynch (via ECF)<br>Brian Behr (via ECF)<br>Kirstin E. Gardner (via ECF)<br>434 Fayetteville St.<br>Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* | Terri L. Gardner (via ECF)<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Counsel for Petitioning Creditors* |
| Katherine M. McCraw (via ECF)<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>*Counsel for NC DHHS/DHB* | Thomas W. Waldrep, Jr. (via ECF)<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>*Trustee* |
| **Ryan J. Adams** (via ECF)<br>Adams, Howell, Sizemore & Lenfestey, PA<br>1600 Glenwood Ave., Suite 101<br>Raleigh, NC 27608 | **Felton E. Parrish** (via ECF)<br>Hull & Chandler, P.A.<br>1001 Morehead Square Drive, Suite 450<br>Charlotte, NC 28203 |
| **Nicholas Zluticky** (via ECF)<br>Stinson Leonard Street LLP<br>1201 Walnut Street, Suite 2900<br>Ste 2700<br>Kansas City, MI 64106-2150 | **Rayford K. Adams, III** (via ECF)<br>Spilman Thomas & Battle, PLLC<br>110 Oakwood Dr., Suite 500<br>Winston-Salem, NC 27103 |

| | |
|---|---|
| **E. Franklin Childress** (via ECF)<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 | **M. Ruthie Hagan** (via ECF)<br>Baker, Donelson, Bearman, Caldwell<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 |
| **David J Haidt** (via ECF)<br>Ayers & Haidt, P.A.<br>PO Box 1544<br>307 Metcalf Street<br>New Bern, NC 28563 | **Tyler E. Heffron** (via ECF)<br>Triplett Woolf Garretson, LLC<br>2959 N. Rock Road, Suite 300<br>Wichita, KS 67226 |
| **Brian H. Smith** (via ECF)<br>Complete Business Solutions Group, Inc.<br>20 N. 3rd Street<br>Philadelphia, PA 19106 | **W. Tyler Chastain** (via ECF)<br>Bernstein, Stair & McAdams, LLP<br>116 Agnes Road<br>Knoxville, TN 37919 |
| **Eric L. Johnson** (via ECF)<br>**Matthew A.Petersen** (via ECF)<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106 | **Stephen W. Petersen** (via ECF)<br>**Jeffrey R. Whitley** (via ECF)<br>Fox Rothschild, LLP<br>Post Office Box 27525<br>Raleigh, NC 27611 |
| **Patricia E. Hamilton** (via ECF)<br>Stevens & Brand, LLP<br>917 S.W. Topeka Boulevard<br>Topeka, KS 66612 | **Wesley F. Smith** (via ECF)<br>Stevens & Brand, LLP<br>900 Massachusetts Street, Suite 500<br>Lawrence, KS 66044 |
| **Sharon L. Stolte** (via ECF)<br>Sandberg Phoenix & von Gontard P.C.<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112 | **Katherine Montgomery McCraw** (via ECF)<br>North Carolina Department of Justice<br>PO Box 629<br>Courier Number 51-41-22<br>Raleigh, NC 27602-0629 |
| **John Paul H. Cournoyer** (via ECF)<br>Northen Blue, LLP<br>PO Box 2208<br>Chapel Hill, NC 27515-2208 | **Christopher A. McElgunn** (via ECF)<br>Klenda Austerman LLC<br>1600 Epic Center<br>301 N Main<br>Wichita, KS 67202-4816 |
| **John M. Sperati** (via ECF)<br>SmithDebnamNarronDrakeSaintsing&Myers<br>4601 Six Forks Road, Suite 400<br>Raleigh, NC 27609 | **Jerry P. Spore** (via ECF)<br>Spragins, Barnett & Cobb, PLC<br>312 E. Lafayette Street<br>Jackson, TN 38301 |
| **Jonathan O. Steen** (via ECF)<br>Spragins, Barnett & Cobb, PLC<br>213 E. Lafayette Street<br>Jackson, TN 38301 | **Jason L. Hendren** (via ECF)<br>**Rebecca F. Redline** (via ECF)<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612 |
| **James C. Lanik** (via ECF)<br>**Jennifer B. Lyday** (via ECF)<br>**Francisco T. Morales** (via ECF)<br>Waldrep LLP<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, NC 27104 | American Red Cross Blood Services<br>PO Box 905890<br>Charlotte, NC 28290 |

2

| | |
|---|---|
| CAH Acquisition Company #1, LLC<br>c/o Corporation Service Company, Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | CAH Acquisition Company #1, LLC<br>c/o Hospital Management Consulting, LLC<br>Attn: Lawrence J. Arthur<br>4254 N. Oak Trafficway<br>Kansas City, MO 64116 |
| James W. Schaffer, President<br>CAH Acquisition Company #1, LLC<br>958 US Highway 64<br>East Plymouth, NC 28962 | Dennis L. Davis, Esq.<br>Stinson Morrison Hecker LLP<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106 |
| Shane Reed<br>Director/Credit A/R Escalation Finance<br>Medline Industries, Inc.<br>Three Lakes Drive<br>Northfield, IL 60093 | Curtis S. Potter<br>Washington County<br>County Manager/Attorney<br>PO Box 1007<br>Plymouth, NC 27962 |
| Robert Venable, M.D.<br>PO Box 1026<br>Plymouth, NC 27962 | Frank Smith, Esq.<br>FMS Lawyer PL<br>9900 Stirling Road, Suite 226<br>Cooper City, FL 33024 |
| Eric L. Johnson<br>Spencer Fane LLP<br>1000 Walnut, Suite 1400<br>Kansas City, MO 64106 | Baxter Healthcare<br>1 Baxter Pkwy, DE3-2E<br>Deerfield, IL 60015-4633 |
| Amerisource Bergen<br>PO Box 5804<br>New York, NY 10087 | Beckman Coulter, Inc.<br>Dept. Ch. 10164<br>Palatine, IL 60550 |
| CPSI<br>6600 Wall Street<br>Mobile, AL 36695 | Creekridge Capital<br>PO Box 1880<br>Minneapolis, MN 55480 |
| Dominion North Carolina Power<br>PO Box 26543<br>Richmond, VA 23290 | Phusion Marketing Group<br>5051 NW 13th Avenue, Suite G<br>Pompano Beach, FL 33064 |
| Fisher Healthcare<br>300 Industry Drive<br>Pittsburgh, PA 15275 | iHealthcare, Inc.<br>3901 NW 28th Street - 2nd Floor<br>Miami, FL 33142 |
| Landmark National Bank<br>PO Box 308<br>Manhattan, KS 66502 | LGMG, LLC<br>11063 D S Memorial Drive #483<br>Tulsa, OK 74133 |
| McKesson Corporation<br>1950 Stemmons FWY #5010<br>Dallas, TX 75207 | McNair Oil Co.<br>PO Box 881<br>Plymouth, NC 27962 |
| Quest Diagnostics<br>PO Box 740736<br>Atlanta, GA 30374 | Ramp Plymouth, PA<br>3 Traveller Lane<br>New Bern, NC 28562 |
| Town of Plymouth<br>PO Box 806<br>Plymouth, NC 27962 | Western Healthcare, LLC<br>PO Box 203152<br>Dallas, TX 75320 |

/s/ *Brian R. Anderson*
Brian R. Anderson