## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | )  |
| | ) Case No. 19-01227-5-JNC |
| CAH ACQUISITION COMPANY # 16, | ) |
| LLC, d/b/a HASKELL COUNTY | ) Chapter 11 |
| COMMUNITY HOSPITAL, | ) |
| | ) |
| Debtor. | ) |
| | ) |

**BANKRUPTCY ADMINISTRATOR'S RESPONSE TO SECOND APPLICATION BY GRANT THORNTON LLP AS FINANCIAL CONSULTANT FOR THE TRUSTEE FOR THE ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [JUNE 1, 2019 TO JULY 31, 2019]**

Now comes the Bankruptcy Administrator for the Eastern District of North Carolina and files this objection to the Second Application by Grant Thornton LLP ("GT") as Financial Consultant for the Trustee for the Allowance of Interim Compensation and Reimbursement of Expenses [March 17, 2019 to May 31, 2019] and in support shows the court the following"

1. The Debtor filed its chapter 11 case on March 17, 2019. The Debtor operates a critical access hospital in Prague, Oklahoma. On March 18, 2019, the court appointed Thomas Waldrep to serve as chapter 11 trustee in the case. On April 10, 2019, the Trustee sought to employ Grant Thornton as a financial consultant for the Trustee, with an amended motion to employ being filed on April 18, 2019. An order allowing employment of GT was entered on May 9, 2019.

2. The order incorporated the Trustee's employment motion by reference. The motion describes the services to be provided by GT in this case. "Working under the direction of the Trustee and collaboratively with the Trustee's counsel and other professionals," the firm was employed to provide the services set forth on Exhibit A. These services have been split into two categories- Financial Consulting and Forensic Technology. GT seeks payment of $65,037.00 in professional fees and $454.47 in expenses. It has voluntarily reduced its fees by $5,100.00 and voluntarily reduced its expenses by $56.32.

3. In reviewing the application, the BA has identified time entries of concern. These concerns regard $13,404.00 of billed time for working on fee applications and $3,501.00 for billed time that is either vague, duplicative, or outside the scope of employment. The BA believes a fifty percent (50%) reduction in time billed for compiling fee applications is warranted. Therefore, the total reduction by the BA's calculation should be $10,203.00 instead of $5,100.00. These time entries are identified on the attached Exhibit B and Exhibit C. The BA believes that this additional reduction is well founded and would support a fee reduction in this amount in addition to the voluntary reduction already made by GT.

Wherefore, based on the forgoing, the BA respectfully objects to the Second Application by Grant Thornton LLP, requests that the Court hold a hearing on this matter; and, requests such other and further relief as the court deems just and proper.

Respectfully submitted, this 15th day of November 2019.

                                        Marjorie K. Lynch
                                      Bankruptcy Administrator

                                    By: /s/ Kirstin E. Gardner
                                      Kirstin Gardner
                                      Staff Attorney
                                      Bankruptcy Administrator's Office
                                      434 Fayetteville Street, Suite 640
                                      Raleigh, North Carolina 27601
                                      (919) 334-3889
                                      kirstin_gardner@nceba.uscourts.gov
                                      State Bar No. 52144

## **CERTIFICATE OF SERVICE**

I, Kirstin E. Gardner, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on this day, I served copies of the foregoing document electronically on the following:

Thomas W. Waldrep
Trustee

Jennifer Lyday
Waldrep LLP
Attorney for Trustee

Rebecca Redwine
Hendren Redwine and Malone
Attorney for Trustee

Robert Vanderbeek
Managing Director
Grant Thornton LLP

I certify under penalty of perjury that the foregoing is true and correct.

Dated this the 15th day of November 2019.

By: /s/ Kirstin E. Gardner
Kirstin Gardner
Staff Attorney
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3889
kirstin_gardner@nceba.uscourts.gov
State Bar No. 52144

EXHIBIT A-SCOPE OF SERVICES FOR GRANT THORNTON

a) Analyze the Debtor's financial position, business plans, and financial projections prepared by management including, but not limited to, commenting on assumptions and comparing those assumptions to historical Debtor and industry trends;

b) Consult with the Trustee on the assessment of a bankruptcy exit strategy;

c) Consult with the Trustee in connection with the development of financial projections;

d) Assist the Trustee with its communications with patients, suppliers, statutory committees, and other parties-in-interest;

e) Analyze the Debtor's rolling 13-week cash receipts and disbursements forecast and assess liquidity and DIP financing needs;

f) Consult with the Trustee regarding their valuation of the Debtor on a going-concern and liquidation basis;

g) Consult with the Trustee, in coordination with legal counsel, in the preparation of a disclosure statement, plan of reorganization and the underlying business plans from which those documents are developed;

h) Assist the Trustee, in coordination with legal counsel, in evaluating competing disclosure statements, plans and other strategic proposals made by the Committee of Unsecured Creditors or other interested parties in this Chapter 11 case;

i) Assist the Trustee in responding to information requests submitted by statutory committees and their legal and/or financial counsel;

j) Assist the Trustee with its vendor management program;

k) Consult with the Trustee regarding the preparation of required financial statements, schedules of financial affairs, monthly operating reports, and any other financial disclosures required by the Court;

l) Provide expert advice and testimony regarding financial matters related to, including, among other things, the feasibility of any proposed plan of reorganization, and the valuation of any securities issued in connection with any such plan;

m) Analyze the Debtor's Information Technology ("IT") infrastructure, storage media, and third-party systems;

n) Consult with the Trustee on the assessment of Debtor's IT systems;

o) Consult with the Trustee in connection with the development of data-preservation and data-collection efforts described in the Statement of Work dated April 4, 2019;

p) Provide digital forensic and related services (including, but not limited to, forensic preservation and collection of electronic data), to be performed at the direction of the Trustee;

q) Assist the Trustee with its communications with third-party IT providers and other parties-in-interest;

EXHIBIT A-SCOPE OF SERVICES FOR GRANT THORNTON

r) Assist the Trustee in responding to information requests submitted by statutory committees and their legal and/or financial counsel; and

s) Provide additional services as requested from time to time by the Trustee and agreed to by Grant Thornton.

Exhibit B

| Professional Fees Incurred - Financial Consulting ||||||
|---|---|---|---|---|---|
| Name | Date | Narrative | Hours | Rate | Value |
| Wayne, Michael | 6/3/2019 | Preparation of fee application; determine initial write-offs to be excluded which are not appropriate to bill. | 0.2 | $250.00 | $50.00 |
| Kelly, Holly | 6/3/2019 | Assist with fee application data gathering, process mapping, and determining initial write-offs. | 0.4 | $310.00 | $124.00 |
| Balikian, Casey | 6/3/2019 | Begin creating fee application excel template and drafting fee application word documents. | 1.1 | $250.00 | $275.00 |
| Kelly, Holly | 6/3/2019 | Review Waldrep and HRM's fee applications to learn what information should be presented in GT's initial fee application and to identify the legal language needed for certain items. | 0.1 | $310.00 | $31.00 |
| Balikian, Casey | 6/4/2019 | Continue creating fee application excel template and drafting fee application word documents. | 0.9 | $250.00 | $225.00 |
| Balikian, Casey | 6/5/2019 | Finalize fee application excel template and finish drafting fee application word documents. | 0.5 | $250.00 | $125.00 |
| Balikian, Casey | 6/6/2019 | Prepare and review fee application based on review points. | 0.6 | $250.00 | $150.00 |
| Wayne, Michael | 6/10/2019 | Build fee application model addendum for reserve information; edit narratives for completeness. | 0.2 | $250.00 | $50.00 |
| Kelly, Holly | 6/10/2019 | Review progress on fee application and communicate additional steps needed. | 0.3 | $310.00 | $93.00 |
| Balikian, Casey | 6/10/2019 | Prepare and review fee application based on review points; ensure that format matches format prescribed by Waldrep LLP. | 0.8 | $250.00 | $200.00 |
| Murray, Ryan | 6/10/2019 | Assist with fee application preparation. | 0.4 | $90.00 | $36.00 |
| Balikian, Casey | 6/11/2019 | Prepare and review fee application. | 1.3 | $250.00 | $325.00 |
| Kelly, Holly | 6/12/2019 | Review progress on fee application and communicate additional steps needed. | 0.3 | $310.00 | $93.00 |
| Kelly, Holly | 6/19/2019 | Evaluate fee applications make comments on necessary changes and next steps. | 0.5 | $310.00 | $155.00 |
| Wayne, Michael | 6/19/2019 | Prepare fee application by determining and recommending which entries should be voluntary reductions and which should not. | 1.7 | $250.00 | $425.00 |
| Wayne, Michael | 6/20/2019 | Prepare fee application narratives and collect missing narratives from appropriate parties. | 2.3 | $250.00 | $575.00 |
| Kelly, Holly | 6/20/2019 | Review time entries and prepare spreadsheet in preparation for fee application. | 1.5 | $310.00 | $465.00 |
| Wayne, Michael | 6/21/2019 | Prepare fee application excel model for final review by removing superfluous items and checking word doc dates for accuracy. | 1.6 | $250.00 | $400.00 |
| Kelly, Holly | 6/21/2019 | Assist in checking dates for fee application word documents; spot check excel model to ensure accuracy. | 0.7 | $310.00 | $217.00 |
| Balikian, Casey | 6/24/2019 | Draft and review fee application given new guidelines from H. Kelly review. | 1.5 | $250.00 | $375.00 |
| Kelly, Holly | 6/24/2019 | Review progress on preparation of Grant Thornton fee application to ensure that deadline will be met. | 0.4 | $310.00 | $124.00 |
| Balikian, Casey | 6/25/2019 | Draft and review fee application given new guidelines form R. Vanderbeek review | 1.4 | $250.00 | $350.00 |
| Balikian, Casey | 6/26/2019 | Edit and review fee application. | 2.1 | $250.00 | $525.00 |
| Kelly, Holly | 6/26/2019 | Edit and review fee application based on R. Vanderbeek review points; begin compiling final draft. | 0.5 | $310.00 | $155.00 |
| Wayne, Michael | 6/26/2019 | Process fee application and begin to assemble the final document for the court. | 2.2 | $250.00 | $550.00 |
| Balikian, Casey | 6/27/2019 | Finalize calculation update on allocation of expenses incurred across hospitals and update description in fee app to describe our methodology used to fairly present expenses. | 2.4 | $250.00 | $600.00 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kelly, Holly | 6/27/2019 | Edit fee application narratives for completeness, communicate certain items to be changed by timekeepers in next iteration, work towards compilation of final fee application. | 3.2 | $310.00 | $992.00 |
| Balikian, Casey | 6/28/2019 | Draft and review fee application. | 1.3 | $250.00 | $325.00 |
| Kelly, Holly | 6/28/2019 | Finalize fee application expenses based on R. Vanderbeek's comments. | 2.9 | $310.00 | $899.00 |
| Wayne, Michael | 6/28/2019 | Review travel time entries per R. Vanderbeek's comments to ensure that all billed time is appropriate. | 2.3 | $250.00 | $575.00 |
| Vanderbeek, Richard R. | 6/28/2019 | Review and revise GT fee application through May 2019. | 0.8 | $620.00 | $496.00 |
| Kelly, Holly | 7/1/2019 | Evaluate fee applications and make revisions per Waldrep's comments. | 0.7 | $310.00 | $217.00 |
| Balikian, Casey | 7/1/2019 | Prepare and review fee application. | 1.1 | $250.00 | $275.00 |
| Kelly, Holly | 7/2/2019 | Evaluate consequences of potential changes to fee applications per Waldrep's comments. | 0.1 | $310.00 | $31.00 |
| Vanderbeek, Richard R. | 7/2/2019 | Review fee application and communicate necessary revisions. | 0.1 | $620.00 | $62.00 |
| Balikian, Casey | 7/2/2019 | Respond to R. Vanderbeek's comments, make appropriate revisions, and submit updated final draft. | 1.1 | $250.00 | $275.00 |
| Balikian, Casey | 7/8/2019 | Revise fee application. | 0.1 | $250.00 | $25.00 |
| Kelly, Holly | 7/8/2019 | Revise fee application per Waldrep's comments and prepare summary and comparison of professional fees across firms. | 0.2 | $310.00 | $62.00 |
| Kelly, Holly | 7/9/2019 | Revise fee application per Waldrep's comments. | 1.2 | $310.00 | $372.00 |
| Balikian, Casey | 7/10/2019 | Prepare an analysis showing the fee app write-offs suggested by Waldrep LLP. | 1.7 | $250.00 | $425.00 |
| Kelly, Holly | 7/10/2019 | Revise fee applications per Waldrep's comments. | 1.1 | $310.00 | $341.00 |
| Wayne, Michael | 7/11/2019 | Update fee application based on Waldrep's comments and ensure that all appropriate entries are deducted as voluntary reductions. | 1.0 | $250.00 | $250.00 |
| Balikian, Casey | 7/11/2019 | Prepare and review fee applications. | 0.8 | $250.00 | $200.00 |
| Vanderbeek, Richard R. | 7/11/2019 | Review revised fee application, updated for Waldrep comments. | 0.2 | $620.00 | $124.00 |
| Kelly, Holly | 7/11/2019 | Revise fee applications per Waldrep's comments and R. Vanderbeek's assessment of progress. | 1.2 | $310.00 | $372.00 |
| Balikian, Casey | 7/12/2019 | Prepare and review fee applications. | 0.1 | $250.00 | $25.00 |
| Balikian, Casey | 7/22/2019 | Finalize fee application word document. | 0.1 | $250.00 | $25.00 |
| Vanderbeek, Richard R. | 7/22/2019 | Review final fee application. | 0.1 | $620.00 | $62.00 |
| Kelly, Holly | 7/22/2019 | Review Grant Thornton fee application to ensure all points were addressed before final submission. | 0.1 | $310.00 | $31.00 |
| Balikian, Casey | 7/24/2019 | Begin editing word doc for June and July fee application. | 0.2 | $250.00 | $50.00 |
| Wayne, Michael | 7/24/2019 | File new fee applications into SharePoint site. | 0.4 | $250.00 | $100.00 |
| Balikian, Casey | 7/31/2019 | Begin preparing Grant Thornton second fee application. | 0.4 | $250.00 | $100.00 |
| | | Total Charged for Fee Application | | | $13,404.00 |
| | | Total Professional Fees Incurred | | | $69,055.00 |

Exhibit C

| Professional Fees Incurred - Financial Consulting | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Date | Narrative | Hours | Rate | Value | Objection | |
| Kelly, Holly | 6/4/2019 | Bi-weekly call with Trustee, Trustee's counsel, and GT Team. | 0.2 | $310.00 | $62.00 | Duplicate | |
| Johnson, Andrew H. | 6/4/2019 | Speak with Trustee, Counsel and GT Team in bi-weekly update call. | 0.2 | $500.00 | $100.00 | Duplicate | |
| Johnson, Andrew H. | 6/5/2019 | Speak with R. Vanderbeek, H. Kelly, M. Hand, C. Dolen and B. Smith regarding hospital financial matters. | 0.2 | $500.00 | $100.00 | Duplicate | |
| Kelly, Holly | 6/6/2019 | Analyze and discuss with R. Vanderbeek the DIP financing need of Haskell. | 0.9 | $310.00 | $279.00 | Duplicate | |
| Johnson, Andrew H. | 6/6/2019 | Review insurance policies and emails to and from Cohesive and Affinity regarding status of insurance in force. | 0.1 | $500.00 | $50.00 | Scope | |
| Johnson, Andrew H. | 6/7/2019 | Emails with management company regarding status of current insurance coverage. | 0.1 | $500.00 | $50.00 | Scope | |
| Wayne, Michael | 6/7/2019 | Meeting with R. Murray to discuss project overview. | 0.4 | $250.00 | $100.00 | Vague | |
| Kelly, Holly | 6/7/2019 | Prepare for and participate in bi-weekly call with Trustee, Trustee's counsel, and GT team. | 0.4 | $310.00 | $124.00 | Duplicate | |
| Kelly, Holly | 6/10/2019 | Call from C. Dolen with update on Haskell DIP financing needed. | 0.1 | $310.00 | $31.00 | Duplicate | |
| Kelly, Holly | 6/10/2019 | Call with Cohesive and R. Vanderbeek to discuss post-petition receipts, fund processes, and cost reports. | 0.2 | $310.00 | $62.00 | Duplicate | |
| Wayne, Michael | 6/11/2019 | Gather and review May bank statements for accounting purposes. | 0.3 | $250.00 | $75.00 | Vague | |
| Kelly, Holly | 6/11/2019 | Prepare financial updates for and participate in bi-weekly call with J. Lanik, L. Lyday, R. Redwine, J. Hendren, and R. Vanderbeek. | 0.2 | $310.00 | $62.00 | Duplicate | |
| Kelly, Holly | 6/14/2019 | Bi-weekly call with Trustee's counsel with all parties updates on hospitals, questions, and discussions surrounding next steps. | 0.1 | $310.00 | $31.00 | Duplicate | |
| Kelly, Holly | 6/17/2019 | Discuss Haskell DIP financing need and timing with J. Hendren. | 0.3 | $310.00 | $93.00 | Duplicate | |
| Kelly, Holly | 6/17/2019 | Discuss Haskell emergency DIP need with R. Vanderbeek. | 0.2 | $310.00 | $62.00 | Duplicate | |
| Wayne, Michael | 6/17/2019 | Edit time entry data for quality and completeness. | 1.4 | $250.00 | $350.00 | Vague | |
| Wayne, Michael | 6/19/2019 | Continue to edit time entry data for quality and completeness. | 0.8 | $250.00 | $200.00 | Vague | |
| Vanderbeek, Richard R. | 6/25/2019 | Evaluate Cohesive staffing at Haskell, and motion, other support and emails re same. | 0.4 | $620.00 | $248.00 | Scope | |
| Wayne, Michael | 7/1/2019 | Review invoices and judge the necessity of each expense related to Haskell funding request for the week beginning 7/1/19. | 1.8 | $250.00 | $450.00 | Duplicate | |
| Kelly, Holly | 7/9/2019 | Call with Hendren, Redwine & Malone, J. Lanik, and R. Vanderbeek to discuss case updates. | 0.1 | $310.00 | $31.00 | Duplicate | |
| Johnson, Andrew H. | 7/9/2019 | E-mails with C. Dolen regarding insurance update. | 0.1 | $500.00 | $50.00 | Scope | |
| Vanderbeek, Richard R. | 7/18/2019 | Review and respond to emails re Haskell bank situation and solution. | 0.3 | $620.00 | $186.00 | Vague | |
| Kelly, Holly | 7/19/2019 | Email correspondences with Cohesive regarding property insurance. | 0.1 | $310.00 | $31.00 | Scope | |
| Kelly, Holly | 7/19/2019 | Evaluate property insurance quote from Cohesive. | 0.4 | $310.00 | $124.00 | Scope | |
| Kelly, Holly | 7/19/2019 | Pull from docket and review Spilman Initial Fee Application. | 0.1 | $310.00 | $31.00 | Scope | |
| Vanderbeek, Richard R. | 7/19/2019 | Review and respond to emails re insurance, IB, potential sales and DIP funding. | 0.1 | $620.00 | $62.00 | Scope | |
| Kelly, Holly | 7/23/2019 | Read Spilman Disclosure of Compensation For Attorney For Debtor to determine if and how the retainer was allocated across hospitals. | 0.1 | $310.00 | $31.00 | Scope | |

| Davis, Scott Bradford | 7/30/2019 | Prepare for and call T. Waldrep, J. Lyday, F. Terzo and/or G. Freedman regarding potential investigation. | 0.2 | $620.00 | $124.00 | Scope |
|---|---|---|---|---|---|---|
| | | Total Objection | | | $3,199.00 | |
| | | Total Professional Fees Incurred | | | $69,055.00 | |

| Professional Fees Incurred - Forensic Technology | | | | | | |
|---|---|---|---|---|---|---|
| Name | Date | Narrative | Hours | Rate | Value | Objection |
| Min, Erik N | 6/5/2019 | Calls with J. Lanik; correspondence with engagement team and counsel (RE: Kansas City collections). | 0.1 | $450.00 | $45.00 | Duplicate |
| Aberman, David | 6/11/2019 | Correspond with engagement team, client sites, and counsel; Manage and coordinate engagement. | 0.1 | $500.00 | $50.00 | Vague |
| Lee, Harry G | 6/18/2019 | Conduct detailed discussions with engagement lead; Manage and coordinate engagement. | 0.1 | $620.00 | $62.00 | Vague |
| Aberman, David | 6/28/2019 | Conduct call with counsel and Department of Labor and follow-up calls regarding collection of data at storage facility with J. Lanik and IT provider. | 0.1 | $500.00 | $50.00 | Duplicate |
| Aberman, David | 7/10/2019 | Correspond with counsel; Manage and coordinate engagement. | 0.1 | $500.00 | $50.00 | Vague |
| Min, Erik N | 7/15/2019 | Conduct conference call regarding segregation of KC datacenter files. | 0.1 | $450.00 | $45.00 | Duplicate |
| | | Total Objection | | | $ 302.00 | |
| | | Total Professional Fees Incurred | | | $1,082.00 | |