IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAH Acquisition Company #16, LLC | ) | Case No. 19-01227-5-JNC |
| d/b/a Haskell County Community Hospital, | ) | |
| | ) | **Re: Docket No. 302** |
| Debtor. | ) | |

## NOTICE OF CIGNA OPT-OUT FROM RELEASE

PLEASE TAKE NOTICE THAT Cigna Health and Life Insurance Company and Cigna HealthCare of North Carolina, Inc. do <u>not</u> consent to, and affirmatively opt out of, the Releases set forth in the *Amended Chapter 11 Plan of Orderly Liquidation* [D.I. 302].

Dated: November 27, 2019          /s/ Thomas E. Austin, Jr.
                                  Thomas E. Austin, Jr.
                                  North Carolina State Bar No. 16322
                                  Attorney for Cigna Health and Life Insurance Company
                                  and Cigna HealthCare of North Carolina, Inc.

Thomas E. Austin, Jr., LLC
2625 Piedmont Road, N.E.
Suite 56-330
Atlanta, Georgia  30324-3086
(404) 814-3755

          and

CONNOLLY GALLAGHER LLP
Jeffrey C. Wisler (#2795)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Facsimile:  (302) 658-0380
jwisler@connollygallagher.com

## CERTIFICATE OF SERVICE

I, Jeffrey C. Wisler, hereby certify that on the 27th day of November, 2019, I caused a true and correct copy of the **Notice of Cigna Opt-Out from Release** to be served as indicated below.

**VIA EMAIL**
Rayford K. Adams, III, Esq.
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC  27103
Email:  tadams@spilmanlaw.com

Terri L. Gardner, Esq.
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC  27612
Email:  terri.gardner@nelsonmullins.com

Jason L. Hendren, Esq.
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Email:  jhendren@hendrenmalone.com


                        /s/ Jeffrey C. Wisler
                         Jeffrey C. Wisler (DE Bar No. 2795)

#05494641