**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-01227-5-JNC |
| CAH ACQUISITION COMPANY #16, LLC ) | |
| d/b/a HASKELL COUNTY COMMUNITY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## APPLICATION FOR EXTENSION OF TIME

COMES NOW, Thomas W. Waldrep, Jr. (the "Trustee") herein, by and through his undersigned counsel of record, and hereby moves this Court for an Order allowing the Trustee an extension of time within which to file the October monthly report and, in support of said Application shows unto the Court as follows:

1. The Debtor filed its Petition for relief under Chapter 11 of the United States Bankruptcy Code on March 17, 2019. Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 18, 2019.

2. The Trustee needs additional time to complete the September monthly report.

3. Based on the foregoing, the Trustee is requesting an extension up to and including December 13, 2019 to file the September monthly report.

4. The Bankruptcy Administrator has consented to the requested extension.

WHEREFORE, the Trustee prays that he be granted an extension up to and including December 13, 2019 to complete and file the October monthly report.

This the 2nd day of December, 2019.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (N.C. State Bar No. 11135)
James C. Lanik (N.C. State Bar No. 30454)
John R. Van Swearingen (N.C. State Bar No. 53646)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

*/s/ Jason L. Hendren*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com
          bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on 2nd day of December, 2019, I served copies of the foregoing pleading on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   December 2, 2019          **WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (N.C. State Bar No. 11135)
James C. Lanik (N.C. State Bar No. 30454)
John R. Van Swearingen (N.C. State Bar No. 53646)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

*/s/ Jason L. Hendren*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
           rredwine@hendrenmalone.com
           bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

TO:

Kirstin Gardner                                                              *(via CM/ECF)*
*Office of the Bankruptcy Administrator*