# UNITED STATES BANKRUPCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC,<br> d/b/a WASHINGTON COUNTY HOSPITAL,<br>        DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01230-5-JNC |
| CAH ACQUISITION COMPANY #2, LLC<br> d/b/a OSWEGO COMMUNITY HOSPITAL,<br>        DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01180-5-JNC |
| CAH ACQUISITION COMPANY #3, LLC<br> d/b/a HORTON COMMUNITY HOSPITAL,<br>        DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01300-5-JNC |
| CAH ACQUISITION COMPANY #6, LLC,<br> d/b/a I-70 COMMUNITY HOSPITAL,<br>        DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01298-5-JNC |
| CAH ACQUISITION COMPANY 7, LLC,<br> d/b/a PRAGUE COMMUNITY HOSPITAL,<br>        DEBTOR | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC,<br> d/b/a FAIRFAX COMMUNITY HOSPITAL,<br>        DEBTOR | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01227-5-JNC |
| CAH ACQUISITION COMPANY 16, LLC<br> d/b/a HASKELL COUNTY COMMUNITY<br>HOSPITAL,<br>        DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO. 19-01228-5-JNC |
| CAH ACQUISITION COMPANY 4, INC.<br> d/b/a DRUMRIGHT REGIONAL HOSPITAL | CHAPTER 11 (DISMISSED) |

## SECOND MOTION TO CONTINUE HEARING ON APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes the Bankruptcy Administrator and respectfully requests that the hearing scheduled for December 10, 2019 be continued to a date set by the court on the Initial Application by Spilman Thomas & Battle, PLLC for Allowance of Interim Compensation and Reimbursement of Expenses be continued to allow the parties to prepare proposed consent orders to be submitted to the court.

Rayford K. Adams III of Spilman Thomas & Battle, PLLC and Thomas L Waldrep, Chapter 11 Trustee, consent to the continuance.

Wherefore, the Bankruptcy Administrator requests that the hearing scheduled for December 10, 2019 on the Bankruptcy Administrator's objection to the Interim Compensation of Spilman, Thomas and Battle PLLC be continued to a date set by the court and such other relief as the court deems just and proper.

Respectfully submitted, this 9th day of December 2019.

/s/ Marjorie K. Lynch
Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3885
Marjorie_lynch@nceba.uscourts.gov
State Bar No. 13594

## CERTIFICATE OF SERVICE

I, Marjorie K. Lynch, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on this day, I served copies of the foregoing document electronically on the following:

Thomas W. Waldrep, Jr.    *served via: CM/ECF*
Waldrep LLP


Rayford K. Adams, III    *served via: CM/ECF*
Spilman Thomas & Battle, PLLC


I certify under penalty of perjury that the foregoing is true and correct.

Dated this the 9th day of December 2019.

/s/ Marjorie K. Lynch
Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3885
Marjorie_lynch@nceba.uscourts.gov
State Bar No. 13594