VAN–124 Order Continuing Hearing – Rev. 10/11/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 16, LLC
  (*known aliases*: Haskell County Community Hospital )
PO Box 955745
Saint Louis, MO 63195

TaxID: 27–2472420

CASE NO.: 19–01227–5–JNC

DATE FILED: March 17, 2019

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:    Thursday, January 16, 2020
TIME:    01:00 PM
PLACE:   300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

Application for Compensation for Rayford K. Adams III, Debtor's Attorney, Fee:$15068.23, Expenses:$. filed by Rayford K. Adams III

and to transact all other business as may properly come before the court.

DATED: December 11, 2019

Joseph N. Callaway
United States Bankruptcy Judge