**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAH ACQUISITION COMPANY #16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | ) Case No. 19-01227-5-JNC )  ) Chapter 11 ) |
| Debtor. | ) ) |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the **ORDER CONTINUING HEARING** [Dkt. No. 448] was served via electronic service through CM/ECF upon those who have registered for such service listed on **Exhibit A** on March 11, 2020.

This the 17th day of March, 2020.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Co-Counsel for the Trustee*

# EXHIBIT A

**VIA CM/ECF**

Rayford K. Adams, III on behalf of Debtor

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Jonathan E. Friesen on behalf of Creditor Wendy C. Phillips

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig

Brian H. Smith on behalf of Creditor Complete Business Solutions Group, Inc.

William Walt Pettit on behalf of Creditor Complete Business Solutions Group, Inc.

Ross A. Plourde on behalf of Cohesive Healthcare Management and Consulting, LLC

William P. Janvier on behalf of Boa Vida Foundation, Inc.