**Additional Administrative Claims Not Paid:**

Greenberg Traurig: $2,179.50

SAK Management: $13,595.51

Arnett Carbis Toothman: $54,264.04