United States Bankruptcy Court
Eastern District of North Carolina

In re:  
CAH Acquisition Company 16, LLC  
    Debtor

Case No. 19-01227-JNC  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0417-5    User: admin    Page 1 of 2    Date Rcvd: Mar 23, 2020  
                          Form ID: van110    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.  
db        +CAH Acquisition Company 16, LLC,   PO Box 955745,   Saint Louis, MO 63195-5745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2020 at the address(es) listed below:

        Benjamin E.F.B. Waller   on behalf of Plaintiff Thomas W. Waldrep, Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com  
        Benjamin E.F.B. Waller   on behalf of Trustee Thomas W. Waldrep, Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com  
        Brian H. Smith   on behalf of Creditor   Complete Business Solutions Group, Inc. BRIAN.H.SMITH@FNF.COM  
        Brian R. Anderson   on behalf of Health Care Ombudsman Suzanne  Koenig branderson@foxrothschild.com, pwilliams@foxrothschild.com  
        Brian R. Anderson   on behalf of Other Professional   SAK Management Services, LLC branderson@foxrothschild.com, pwilliams@foxrothschild.com  
        Dennis M. Duffy   on behalf of Creditor   Department of Health and Human Services dennis.duffy@usdoj.gov, usance.bankruptcy@usdoj.gov  
        James C. Lanik   on behalf of Trustee Thomas W. Waldrep, Jr. jlanik@waldrepllp.com, trustee@waldrepllp.com  
        Jason L. Hendren   on behalf of Trustee Thomas W. Waldrep, Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ashave@hendrenmalone.com  
        Jason L. Hendren   on behalf of Plaintiff Thomas W. Waldrep, Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ashave@hendrenmalone.com  
        Jennifer B. Lyday   on behalf of Trustee Thomas W. Waldrep, Jr. notice@waldrepllp.com  
        John Paul H. Cournoyer   on behalf of Interested Party   Rural Community Hospitals of America, LLC jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com  
        John Paul H. Cournoyer   on behalf of Creditor Paul L. Nusbaum jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com  
        John Paul H. Cournoyer   on behalf of Creditor Steven F. White jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com  
        John Paul H. Cournoyer   on behalf of Creditor   Sun Finance, Inc. jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com  
        Kirstin E. Gardner   on behalf of Bankruptcy Administrator   Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov, Tanya_aycock@nceba.uscourts.gov;lynn_tingen@nceba.uscourts.gov  
        Marjorie K. Lynch   on behalf of Bankruptcy Administrator   Bankruptcy Administrator marjorie_lynch@nceba.uscourts.gov, lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;Tanya_aycock@nceba.uscourts.gov  
        Nancy A. Peterman   on behalf of Health Care Ombudsman Suzanne  Koenig petermann@gtlaw.com  
        Paul A. Fanning   on behalf of Interested Party   Cohesive Healthcare Management and Consulting, LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blh@wardandsmith.com;nsf@wardandsmith.com;jscotten@wardandsmith.com  
        Rayford K. Adams, III   on behalf of Debtor   CAH Acquisition Company 16, LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com  
        Rebecca F. Redwine   on behalf of Trustee Thomas W. Waldrep, Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com

```
District/off: 0417-5                  User: admin                    Page 2 of 2                    Date Rcvd: Mar 23, 2020
                                      Form ID: van110                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rebecca F. Redwine    on behalf of Plaintiff Thomas W. Waldrep, Jr. rredwine@hendrenmalone.com,
               jgorman@hendrenmalone.com
              Ross A. Plourde    on behalf of Interested Party   Cohesive Healthcare Management and Consulting,
               LLC ross.plourde@mcafeetaft.com
              Thomas E. Austin, Jr.    on behalf of Creditor   Cigna HealthCare of North Carolina, Inc.
               taustin@taustinlaw.com
              Thomas E. Austin, Jr.    on behalf of Creditor   Cigna Health and Life Insurance Company
               taustin@taustinlaw.com
              Thomas W. Waldrep, Jr.    on behalf of Trustee Thomas W. Waldrep, Jr. notice@waldrepllp.com
              William P Janvier    on behalf of Interested Party   Boa Vida Foundation, Inc. bill@janvierlaw.com,
               samantha@janvierlaw.com;Stephanie@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@j
               anvierlaw.com;R55537@notify.bestcase.com
              William Walt Pettit    on behalf of Creditor   Complete Business Solutions Group, Inc.
               walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com
                                                                                                 TOTAL: 27
```

VAN–110 Order and Notice for Status Conference – Rev. 01/06/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 16, LLC
 ( <u>known aliases</u>: Haskell County Community Hospital )
PO Box 955745
Saint Louis, MO 63195

TaxID: 27–2472420

CASE NO.: 19–01227–5–JNC

DATE FILED: March 17, 2019

CHAPTER: 11

ORDER AND NOTICE FOR STATUS CONFERENCE

THE PARTIES LISTED BELOW ARE HEREBY ORDERED to participate in a status conference by telephone as indicated below:

 DATE:   Thursday, March 26, 2020
 TIME:   01:00 PM

to discuss the following issues:

 Status Conference

The status conference will involve the following parties:

Judge Joseph N. Callaway
Jennifer Lyday/Jason Hendren/Thomas Waldrep
Kirsten Gardner/Marjorie Lynch
Any Interested Party

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: March 22, 2020

                                                            Joseph N. Callaway
                                                            United States Bankruptcy Judge