# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 16, LLC d/b/a | ) | Case No. 19-01227-5-JNC |
| HASKELL COUNTY COMMUNITY | ) | |
| HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of **FOURTH INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL** was served via electronic service through CM/ECF upon those who have registered for such service listed in **Exhibit A** on April 9, 2020 and was served on those listed in **Exhibit B** by United States First Class Mail on April 15, 2020.

This the 15th day of April, 2020.

        **WALDREP LLP**

        /s/ *Jennifer B. Lyday*
        Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
        James C. Lanik (NC State Bar No. 30454)
        Jennifer B. Lyday (NC Bar No. 39871)
        Francisco T. Morales (NC Bar No. 43079)
        101 S. Stratford Road, Suite 210
        Winston-Salem, NC 27104
        Telephone: 336-717-1440
        Telefax: 336-717-1340
        Email: notice@waldrepllp.com

        *Co-Counsel for the Trustee*

# EXHIBIT A

**VIA Electronic Service**

Rayford K. Adams, III on behalf of Debtor

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Jonathan E. Friesen on behalf of Creditor Wendy C. Phillips

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig

Brian H. Smith on behalf of Creditor Complete Business Solutions Group, Inc.

William Walt Pettit on behalf of Creditor Complete Business Solutions Group, Inc.

Ross A. Plourde on behalf of Cohesive Healthcare Management and Consulting, LLC

William P. Janvier on behalf of Boa Vida Foundation, Inc.

# EXHIBIT B

| By U.S. Mail | | |
|---|---|---|
| First Financial Corporate Leasing, LLC<br>c/o Officer or Managing Agent<br>711 Kimberly Ave., Suite 160<br>Placentia, CA 92870 | First Financial Corporate Leasing, LLC<br>c/o Richard Stebbins, Registered Agent<br>711 Kimberly Ave., Suite 160<br>Placentia, CA 92870 | GEL Funding, LLC<br>c/o Officer or Managing Agent<br>5308 13th Avenue, Suite 324<br>Brooklyn, NY 11219 |
| GEL Funding LLC<br>c/o Steven Berkovitch and Ariel Bouskila<br>Berkovitch & Bouskila, PLLC<br>1330 6th Avenue, Suite 600B<br>New York, NY 10019 | Bridge Funding Capital, LLC<br>c/o Officer or Managing Agent<br>5308 13th Avenue, Suite 324<br>Brooklyn, NY 11219 | Bridge Funding Capital, LLC<br>c/o Steven Berkovitch and Ariel Bouskila<br>Berkovitch & Bouskila, PLLC<br>1330 6th Avenue, Suite 600B<br>New York, NY 10019 |