# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC,) | |
| d/b/a WASHINGTON COUNTY) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| IN RE: ) | |
| ) | Case No. 19-01298-5-JNC |
| CAH ACQUISITION COMPANY 7, LLC,) | |
| d/b/a PRAGUE COMMUNITY HOSPITAL,) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |
| IN RE: ) | |
| ) | Case No. 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC,) | |
| d/b/a FAIRFAX COMMUNITY) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| IN RE: ) | |
| ) | Case No. 19-01227-5-JNC |
| CAH ACQUISITION COMPANY 16, LLC,) | |
| d/b/a HASKELL COUNTY COMMUNITY) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**NOTICE OF TRUSTEE'S MOTION FOR (I) AN ORDER CONFIRMING THAT (A) CERTAIN STIMULUS FUNDS WERE USED IN ACCORDANCE WITH APPLICABLE TERMS AND CONDITIONS AND (B) TRUSTEE MAY TRANSFER ANY REMAINING STIMULUS FUNDS TO PURCHASERS; AND (II) AN ORDER ELIMINATING ANY LIABILITY OF TRUSTEE AND DEBTORS' ESTATES FOR USE OF STIMULUS <u>FUNDS</u>**

NOTICE IS HEREBY GIVEN that, on May 15, 2020, the Trustee has filed a **MOTION FOR ENTRY OF AN ORDER (I) CONFIRMING THAT (A) STIMULUS FUNDS WERE USED IN ACCORDANCE WITH APPLICABLE TERMS AND CONDITIONS AND (B) THE TRUSTEE MAY PASS ANY REMAINING STIMULUS FUNDS TO PURCHASERS POST-CLOSING; AND (II) AN ORDER BARRING THE DEPARTMENT OF HEALTH AND HUMAN SERVICES FROM LITIGATING AGAINST THE TRUSTEE FOR USE OF FUNDS WHILE TRUSTEE WAS IN CHARGE OF ANY HOSPITALS AND FOR USE OF FUNDS AFTER TRUSTEE FINALIZES THE SALE OF ANY HOSPITAL TO A PURCHASER** (the "Motion").

FURTHER NOTICE IS HEREBY GIVEN that, on May 15, 2020, the Trustee filed an *ex parte* motion to have the Motion heard on an expedited basis with a reduced response period, with such relief being granted by the United States Bankruptcy Court for the Eastern District of North Carolina on May 15, 2020, and,

FURTHER NOTICE IS HEREBY GIVEN that the Motion filed by the Trustee may be allowed provided no response and request for hearing are delivered by a party-in-interest in writing to the Office of the Clerk, United States Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602, by **5:00 p.m. (prevailing Eastern Time) on May 20, 2020**, and,

FURTHER NOTICE IS HEREBY GIVEN that any responses to the Motion shall also be mailed to the Trustee at the address given below, and,

FURTHER NOTICE IS HEREBY GIVEN that, if a response and request for hearing is filed by a party-in-interest in writing within the time indicated, a **telephonic hearing** will be conducted on the Motion and Response thereto on **May 21, 2020 at 1:00 p.m. (prevailing Eastern Time)** before the United States Bankruptcy Court for the Eastern District of North Carolina, and all interested parties will be notified accordingly.

If no request for hearing is timely filed, the Court may rule on the Motion and any Response thereto *ex parte* without further notice.

Respectfully submitted, this the 18th day of May, 2020.

    **WALDREP LLP**

    /s/ *Jennifer B. Lyday*
    Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
    James C. Lanik (NC State Bar No. 30454)
    Jennifer B. Lyday (NC Bar No. 39871)
    Francisco T. Morales (NC Bar No. 43079)
    101 S. Stratford Road, Suite 210
    Winston-Salem, NC 27104
    Telephone: 336-717-1440
    Telefax: 336-717-1340

Email:

**- and -**

**HENDREN, REDWINE & MALONE, PLLC**
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*