UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, ) | |
| LLC, d/b/a WASHINGTON COUNTY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY 7, LLC, ) | Case No. 19-01298-5-JNC |
| dba PRAGUE COMMUNITY HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY 12, LLC, ) | Case No. 19-01697-5-JNC |
| dba FAIRFAX COMMUNITY HOSPITAL,) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY 16, LLC, ) | Case No. 19-01227-5-JNC |
| dba HASKELL COUNTY COMMUNITY ) | |
| HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**STIPULATION BY THE UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES AND THE TRUSTEE TO EXTENSION
OF THE ATTESTATION DEADLINE FOR DEBTORS'
USE OF CERTAIN STIMULUS FUNDS**

The United States Department of Health and Human Services ("DHHS"), by

and through the United States Attorney, together with the Trustee for the Debtors in this case hereby agree and stipulate as follows:

1. The Trustee is administering the bankruptcy estates of CAH Acquisition Company 1, LLC d/b/a Washington Community Hospital ("Washington"); CAH Acquisition Company 7, LLC d/b/a Prague Community Hospital ("Prague"); CAH Acquisition Company 12, LLC d/b/a Fairfax Community Hospital ("Fairfax"); and CAH Acquisition Company 16, LLC d/b/a Haskell County Community Hospital ("Haskell") (collectively, the "Debtors").

2. The Trustee, on behalf of the Debtors, has received certain stimulus Provider Relief Fund payments through DHHS under the Coronavirus Aid, Relief, and Economic Security Act, P.L. 116-136 [HR 748], 134 Stat. 281 (signed into law Mar. 27, 2020) (CARES Act), which is administered by DHHS.

3. The Trustee received Fund Payments on April 10, 2020 ("Fund Payments").

4. DHHS presently requires recipients of Provider Relief Fund stimulus money to submit an attestation within 45 days of receipt (the "Attestation Date").

5. The Trustee, on behalf of the Debtors, desires an extension of 30 days after the Attestation Date for the Fund Payments.

6. The Trustee desires to have until June 24, 2020, to submit attestations for the Fund Payments. DHHS is preparing and expects to issue a nationwide extension of the Attestation Date of at least 30 days and, therefore, as an interim measure, the parties hereto agree to stipulate to an extension in this case allowing the Trustee to submit attestations by June 24, 2020, for the Fund Payments, unless and to the extent that

- 3 -

such Attestation Date is further extended by future DHHS extensions.

SO STIPULATED AND AGREED to today, May 22, 2020, by and between the Trustee and the United States Department of Health and Human Services, whose representatives have signed below.


ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ Lauren A. Golden
LAUREN A. GOLDEN
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4870
Email: lauren.golden@usdoj.gov
N.C. Bar # 43071


By: /s/ Michael J. Quinn
MICHAEL J. QUINN
Attorney for U.S. Dept. of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 307-0243
Email: Michael.quinn3@usdoj.gov
D.C. Bar No. 401376

Attorneys for DHHS,
UNITED STATES OF AMERICA


By: /s/ *Thomas W. Waldrep, Jr.*
Trustee and Attorney for Trustee
Waldrep LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: (336) 717-1440
Email: twaldrep@waldrepllp.com
N.C. State Bar No. 11135