**FILED**

6/13/23

JUN 2 6 2023

To Whom it may Concern,

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

I LaDonna Johnson, was employed at Haskell Community Hospital when we worked for 6 weeks and did not get paid.

I feel I should get the back pay that is owed to me plus the PTO.

I spoke with the Oklahoma Department of Labor. I sent certified copies of the check stub and PTO time to the Oklahoma Department of Labor.

I have a stamp on one of the bankruptcy court papers. I was told it was not the correct date they were looking for.

I feel like I have gone through all the correct channels and steps to get my back pay wages and PTO, but have not received them as of yet.

I did work for 6 weeks without pay and feel as though I deserve this money.

Can you please help me with the proper steps to help me retrieve these lost wages and PTO?

If needed, I would like to request a hearing.

Thank You,

*LaDonna Johnson*
LaDonna Johnson
40919 E Old 9 Rd.
Keota, Ok. 74941