United States Bankruptcy Court

Eastern District of North Carolina

In re:                                                                                           Case No. 19-01227-JNC

CAH Acquisition Company 16, LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                              User: admin                                        Page 1 of 5

Date Rcvd: Jun 28, 2023                       Form ID: van057                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + LaDonna Johnson, 40919 E. Old 9 Road, Keota, OK 74941-6421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023                   Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison Jean Becker | on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com |
| Benjamin E.F.B. Waller | on behalf of Plaintiff Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Benjamin E.F.B. Waller | on behalf of Trustee Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Brian Behr | on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov |
| Brian H. Smith | |

on behalf of Creditor Complete Business Solutions Group Inc. BRIAN.H.SMITH@FNF.COM

Brian R. Anderson

on behalf of Health Care Ombudsman Suzanne Koenig BRAnderson@foxrothschild.com pwilliams@foxrothschild.com

Brian R. Anderson

on behalf of Other Professional SAK Management Services LLC BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Byron L. Saintsing

on behalf of Defendant Funderz.net LLC d/b/a Business Merchant Funding bsaintsing@smithdebnamlaw.com

Byron L. Saintsing

on behalf of Defendant Funderz.net LLC d/b/a Region Capital bsaintsing@smithdebnamlaw.com

Charles N. Anderson, Jr.

on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com

Eric J. Langston

on behalf of Defendant Rural Lab Outreach LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Michael Reece elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Erin K. Duffy

on behalf of Interested Party Boa Vida Foundation Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy

on behalf of Creditor Haskell Regional Hospital Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Evan A. Lee

on behalf of Trustee Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

Evan A. Lee

on behalf of Plaintiff Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

George M. Oliver

on behalf of Other Professional Sherwood Partners Inc. efile@ofc-law.com, george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com; ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV

on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Dennis Loudermilk jim@oxendinebarnes.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

District/off: 0417-5                           User: admin                                      Page 3 of 5
Date Rcvd: Jun 28, 2023                      Form ID: van057                                   Total Noticed: 1

James S. Livermon, III
on behalf of Defendant Rural Lab Outreach  LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III
on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com  kim.cone@wbd-us.com

James S. Livermon, III
on behalf of Defendant Reboot  Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren
on behalf of Trustee Thomas W. Waldrep  Jr. jhendren@hendrenmalone.com,
jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jason L. Hendren
on behalf of Plaintiff Thomas W. Waldrep  Jr. jhendren@hendrenmalone.com,
jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jennifer B. Lyday
on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com,
8836221420@filings.docketbird.com

Jennifer B. Lyday
on behalf of Accountant Arnett Carbis Toothman LLP and its successor  Baker Tilly US, LLP notice@waldrepwall.com,
8836221420@filings.docketbird.com

Jennifer B. Lyday
on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

John A. Northen
on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com
nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Interested Party Rural Community Hospitals of America  LLC jan@nbfirm.com,
nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Creditor Estate of Paul Nusbaum jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Defendant Steve White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Creditor Steven F. White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Creditor Sun Finance  Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Defendant Rural Community Hospitals of America  LLC jan@nbfirm.com,
nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John G. Rhyne
on behalf of Creditor Slack & Company LLC johnrhyne@johnrhynelaw.com  beth@johnrhynelaw.com

John R. Van Swearingen
on behalf of Trustee Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
on behalf of Plaintiff Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee 1107444420@filings.docketbird.com

Kelly Alfred Cameron
on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee kcameron@waldrepwall.com

Kirstin E. Gardner
on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov
Tanya_aycock@nceba.uscourts.gov

Lauren A. Golden
on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov  kristen.caldaro@usdoj.gov

Michael J. Quinn
on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov

District/off: 0417-5 | User: admin | Page 4 of 5
Date Rcvd: Jun 28, 2023 | Form ID: van057 | Total Noticed: 1

Nancy A. Peterman
on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com

Neal Fowler
on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov

Paul A. Fanning
on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com,
DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Rayford K. Adams, III
on behalf of Debtor CAH Acquisition Company 16  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rebecca F. Redwine
on behalf of Trustee Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com,
jgorman@hendrenmalone.com;ygdalla@hendrenmalone.com

Rebecca F. Redwine
on behalf of Plaintiff Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com,
jgorman@hendrenmalone.com;ygdalla@hendrenmalone.com

Ross A. Plourde
on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com

Ryan Delaney Oxendine
on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com

Thomas W. Waldrep, Jr.
on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee notice@waldrepwall.com,
2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com,
2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com,
2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com,
2942809420@filings.docketbird.com;NC71@ecfcbis.com

Vicki L. Parrott
on behalf of Creditor Sun Finance  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
on behalf of Creditor Steven F. White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
on behalf of Creditor Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
on behalf of Defendant Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
on behalf of Defendant Steve White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
on behalf of Interested Party Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

William P Janvier

District/off: 0417-5

Date Rcvd: Jun 28, 2023

User: admin

Form ID: van057

Page 5 of 5

Total Noticed: 1

on behalf of Interested Party Boa Vida Foundation  Inc. wjanvier@smvt.com,
laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlen
e@janvierlaw.com;lpetruska@smvt.com

William Walt Pettit

on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group  Inc.
walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

William Walt Pettit

on behalf of Creditor Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com,
renee.copley@hutchenslawfirm.com

TOTAL: 82

**VAN–057** Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 16, LLC
 ( *known aliases*: *Haskell County Community Hospital* )
PO Box 955745
Saint Louis, MO 63195

TaxID: 27–2472420

CASE NO.: 19–01227–5–JNC

DATE FILED: March 17, 2019

CHAPTER: 11

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:       Tuesday, July 11, 2023
TIME:        10:30 AM
PLACE:      Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville,
                  NC 27858

to consider and act on the following matters:

 Objection to Claim Number 101 of LaDonna Johnson filed by Jennifer B. Lyday on behalf of Thomas W.
 Waldrep Jr.

and to transact all other business as may properly come before the court.

DATED: June 28, 2023

                                         Stephanie J. Butler
                                         Clerk of Court