United States Bankruptcy Court

Eastern District of North Carolina

In re:  Case No. 19-01227-JNC
CAH Acquisition Company 16, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5      User: admin      Page 1 of 5
Date Rcvd: Jul 06, 2023      Form ID: van009      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | LaDonna Johnson, 40919 E. Old 9 Road, Keota, OK 74941-6421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | ##+ | Thomas W. Waldrep, Jr., Waldrep Wall Babcock & Bailey PLLC, 1076 West Fourth Street, Winston-Salem, NC 27101-2440 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison Jean Becker | on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com |
| Benjamin E.F.B. Waller | on behalf of Plaintiff Thomas W. Waldrep Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Benjamin E.F.B. Waller | on behalf of Trustee Thomas W. Waldrep Jr. bwaller@hendrenmalone.com, |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 5 |
| Date Rcvd: Jul 06, 2023 | Form ID: van009 | Total Noticed: 1 |

jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Brian Behr

on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov

Brian H. Smith

on behalf of Creditor Complete Business Solutions Group Inc. BRIAN.H.SMITH@FNF.COM

Brian R. Anderson

on behalf of Health Care Ombudsman Suzanne Koenig BRAnderson@foxrothschild.com pwilliams@foxrothschild.com

Brian R. Anderson

on behalf of Other Professional SAK Management Services LLC BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Byron L. Saintsing

on behalf of Defendant Funderz.net LLC d/b/a Business Merchant Funding bsaintsing@smithdebnamlaw.com

Byron L. Saintsing

on behalf of Defendant Funderz.net LLC d/b/a Region Capital bsaintsing@smithdebnamlaw.com

Charles N. Anderson, Jr.

on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com

Eric J. Langston

on behalf of Defendant Rural Lab Outreach LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Michael Reece elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Erin K. Duffy

on behalf of Interested Party Boa Vida Foundation Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy

on behalf of Creditor Haskell Regional Hospital Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Evan A. Lee

on behalf of Trustee Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

Evan A. Lee

on behalf of Plaintiff Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

George M. Oliver

on behalf of Other Professional Sherwood Partners Inc. efile@ofc-law.com, george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com;ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV

on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Dennis Loudermilk jim@oxendinebarnes.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 3 of 5 |
| Date Rcvd: Jul 06, 2023 | Form ID: van009 | Total Noticed: 1 |

James C. Lanik
    on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
    on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James S. Livermon, III
    on behalf of Defendant Rural Lab Outreach  LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III
    on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com  kim.cone@wbd-us.com

James S. Livermon, III
    on behalf of Defendant Reboot  Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren
    on behalf of Trustee Thomas W. Waldrep  Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jason L. Hendren
    on behalf of Plaintiff Thomas W. Waldrep  Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jennifer B. Lyday
    on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Accountant Arnett Carbis Toothman LLP and its successor  Baker Tilly US, LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

John A. Northen
    on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Interested Party Rural Community Hospitals of America  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Estate of Paul Nusbaum jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Defendant Steve White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Steven F. White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Sun Finance  Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Defendant Rural Community Hospitals of America  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John G. Rhyne
    on behalf of Creditor Slack & Company LLC johnrhyne@johnrhynelaw.com  beth@johnrhynelaw.com

John R. Van Swearingen
    on behalf of Trustee Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
    on behalf of Plaintiff Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
    on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee 1107444420@filings.docketbird.com

Kelly Alfred Cameron
    on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee kcameron@waldrepwall.com

Kirstin E. Gardner
    on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 4 of 5 |
| Date Rcvd: Jul 06, 2023 | Form ID: van009 | Total Noticed: 1 |

    Tanya_aycock@nceba.uscourts.gov

Lauren A. Golden
    on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov  kristen.caldaro@usdoj.gov

Michael J. Quinn
    on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov

Nancy A. Peterman
    on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com

Neal Fowler
    on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov

Paul A. Fanning
    on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com,
    DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 16  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rebecca F. Redwine
    on behalf of Trustee Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com,
    jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Rebecca F. Redwine
    on behalf of Plaintiff Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com,
    jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Ross A. Plourde
    on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com

Ryan Delaney Oxendine
    on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep  Jr.  Trustee notice@waldrepwall.com,
    2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com,
    2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com,
    2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com,
    2942809420@filings.docketbird.com;NC71@ecfcbis.com

Vicki L. Parrott
    on behalf of Creditor Sun Finance  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Creditor Steven F. White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Creditor Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

District/off: 0417-5                    User: admin                                      Page 5 of 5
Date Rcvd: Jul 06, 2023                 Form ID: van009                               Total Noticed: 1

| | |
|---|---|
| Vicki L. Parrott | on behalf of Defendant Steve White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | on behalf of Interested Party Rural Community Hospitals of America LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| William P Janvier | on behalf of Interested Party Boa Vida Foundation Inc. wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com |
| William Walt Pettit | on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com |
| William Walt Pettit | on behalf of Creditor Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com |

TOTAL: 82

VAN–009 Notice of Continued Telephone Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 16, LLC
 ( <u>known aliases</u>: Haskell County Community Hospital )
PO Box 955745
Saint Louis, MO 63195

TaxID: 27–2472420

CASE NO.: 19–01227–5–JNC

DATE FILED: March 17, 2019

CHAPTER: 11

NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been rescheduled and will be held by telephone as indicated below:

DATE:   Tuesday, July 11, 2023
TIME:   10:30 AM
to consider and act upon the following matters:

Objection to Claim Number 101 of LaDonna Johnson
The hearing will involve the following parties:

Judge Joseph N. Callaway
Thomas W. Waldrep, Jr./Jennifer B. Lyday
LaDonna Johnson
Any other interested parties

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: July 6, 2023

Stephanie J. Butler
Clerk of Court