**SO ORDERED.**

**SIGNED this 11 day of July, 2023.**



_____
Joseph N. Callaway
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-01227-05-JNC |
| CAH ACQUISITION COMPANY 16, LLC d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | Chapter 11 |
| **Debtor.** | |

**CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NUMBER 101 FILED BY LADONNA JOHNSON**

THIS MATTER came before the Court upon the *Litigation Trustee's Objection to Claim Number 101 Filed by LaDonna Johnson* (the "Objection") filed by Thomas W. Waldrep, Jr., in his capacity as Litigation Trustee (the "Trustee") of the estate of CAH Acquisition Company 16, LLC d/b/a Haskell County Community Hospital (the "Debtor"), pursuant to which the Trustee requested the disallowance of Proof of Claim Number 101 ("Claim 101"), filed by LaDonna Johnson ("Ms. Johnson") on April 18, 2023, asserting a priority claim in the amount of $2,327.16 for unpaid wages; and the Trustee and Ms. Johnson, having conferred about the basis of Claim 101 and the Trustee's Objection thereto, and agreeing to a resolution of Claim 101 outlined below; and in light of the *Findings of Fact, Conclusions of Law, and Order Approving Amended Chapter 11 Plan of*

1

*Orderly Liquidation Plan* (the "Plan") [Dkt. No. 704], pleadings, and the record in this case, it is hereby **ORDERED** that:

1. Claim 101 is hereby allowed in the total amount $1,846.29, which shall be a priority claim pursuant to 11 U.S.C. § 507(a)(4).

**CONSENTED TO BY:**

**WALDREP WALL BABCOCK
& BAILEY PLLC**

/s/ Jennifer B. Lyday
Thomas W. Waldrep Jr. (NC Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
John R. Van Swearingen (NC Bar No. 53646)
370 Knollwood St, Ste 600
Winston-Salem, NC 27103
Telephone: 336-722-6300
Facsimile: 336-722-1993
Email: notice@waldrepwall.com

*Counsel for the Litigation Trustee*

/s/ LaDonna Johnson
LaDonna Johnson
40919 E. Old 9 Road
Keota, OK 74941

*Claimant LaDonna Johnson*

**END OF DOCUMENT**